Jeremy C. Dzubay (SB# 238649)
1333 Camino Del Rio South 201B
San Diego CA 92108
Tel: (619) 683-7666
Fax: (619) 683-7672
jdzubay@rocketmail.com

FILED
CLERK, U.S. DISTRICT COURT
APR 1 4 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(EASTERN DIVISION - RIVERSIDE)

**UNITED STATES OF AMERICA,** ) Case No.: 08-MJ-00125
    Plaintiff, )
)
vs. )
) **ORDER**
**CRUZ MARTIN CORDONA-RAMIREZ,** )
)
    Defendant. )
)
)
)
)

**GOOD CAUSE APPEARING,** IT IS HEREBY ORDERED THAT ATTORNEY JEREMY C. DZUBAY HEREBY BE ~~SUSBSITUTED~~ *& SUBSTITUTED* FOR JESUS BERNAL OF THE FEDERAL PUBLIC DEFENDERS AS THE ATTORNEY OF RECORD IN THE ABOVE CAPTIONED CASE.

**IT IS SO ORDERED.**

DATE: 4/14/08

By: _____
Honorable ~~District Court~~
U.S. Magistrate Judge

ORDER
Case No. 08-MJ-00125